# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2017

152426 & (8)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES THEODORE PYLE,
      Defendant-Appellant.

SC: 152426
COA: 328492
Allegan CC: 09-016573-FH

_____/

      By order of September 21, 2016, the application for leave to appeal the August 27, 2015 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8).  On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to appoint counsel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2017



t1023

Clerk